8/20/10

```
DAVID I. KELVIN (SBN 95190)
Attorney at Law
1516 Oak Street, Suite 316
Alameda, CA 94501
(510) 865-0792
(510) 865-0793 Fax

Attorney for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaTASHA KELVIN, JARED BUTLER, AKEENA KEYS, | Civil Action No. |
| Plaintiffs, | **STIPULATION OF DISMISSAL BECAUSE OF SETTLEMENT** |
| vs. | |
| CITY OF OAKLAND, et al. | |
| Defendant. | |

IT IS STIPULATED by the parties to this action, through their attorneys, that:

1. The parties to this action have reached a settlement.

2. Under the terms of the settlement between the parties, this action will be dismissed with prejudice.

3. The Court may enter an order of dismissal accordingly.

Dated: 9-2-2010

DAVID KELVIN
Attorney for Plaintiffs

Dated: Aug 20, 2010

DAVID SHUEY
Attorney for Defendant

1

STIPULATION OF DISMISSAL BECAUSE OF SETTLEMENT

**SO ORDERED:**

Dated: September 15, 2010

*Elizabeth D. Laporte*
JUDGE LAPORTE
United States ~~District~~ Judge

2

STIPULATION OF DISMISSAL BECAUSE OF SETTLEMENT